UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

PAMELA ELCHERT THURMOND
Senior Attorney
City of Philadelphia
1401 JFK Blvd., 5th Floor
Philadelphia, PA  19102-1595
215-686-0508 (phone)
Email: Pamela.Thurmond@phila.gov

In Re:
BRAD ALAN HARLEY

(Debtor)

Case No.: 24-16991 (ABA)

Chapter: 13

Judge: Altenburg, Jr.

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of __The City of Philadelphia__. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: City of Philadelphia Law - Tax & Revenue Unit
1401 JFK Blvd., 5th Floor
Philadelphia, PA  19102-1595

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: 7/16/2024

/s/ Pamela Elchert Thurmond
Signature

*new.8/1/15*