Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 24−16991−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brad Alan Harley
   119 Plymouth Pl
   Merchantville, NJ 08109−2832

Social Security No.:
   xxx−xx−9238

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:         9/11/24
Time:        10:00 AM
Location:     Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: July 29, 2024
JAN: jgd

                      Jeanne Naughton
                      Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Brad Alan Harley  
    Debtor

Case No. 24-16991-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Jul 29, 2024      Form ID: 132      Total Noticed: 52

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Brad Alan Harley, 119 Plymouth Pl, Merchantville, NJ 08109-2832 |
| aty | + | Corrine Samler Brennan, 10000 Lincoln Drive East, Suite 201, Marlton, NJ 08053-3105 |
| cr | + | Franklin Mint Federal Credit Union, Klehr Harrison Harvey Branzburg LLP, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |
| 520329562 | | Borough of Merchantville, 1 W Maple Ave, Merchantville, NJ 08109-5103 |
| 520329563 | | Camden County Municipal Utilities Authority, 1645 Ferry Ave, Camden, NJ 08104-1311 |
| 520329569 | | County of Camden, Attn: County Counsel, 520 Market St Fl 14, Camden, NJ 08102-1300 |
| 520329570 | + | Delaware River Port Authority, Attn: General Counsel, 2 Riverside Dr, Camden, NJ 08103-1019 |
| 520329571 | + | Financial Resources Federal Credit Union, 520 Route 22 East, Bridgewater, NJ 08807-2489 |
| 520333781 | + | Franklin Mint Federal Credit Union, c/o Corinne S. Brennan, Esquire, Klehr Harrison Harvey Branzburg LLP, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |
| 520329573 | | Gary Gordon, 823 W Gillam Ave, Langhorne, PA 19047-2623 |
| 520329575 | | Home Appraising Group Inc., 18 Campus Blvd, Newtown Sq, PA 19073-3245 |
| 520329578 | | Matthew Frecon, 119 Plymouth Pl, Merchantville, NJ 08109-2832 |
| 520329579 | | Merchantville-Pennsauken Water Commission, 6751 Westfield Ave, Pennsauken, NJ 08110-1519 |
| 520329581 | + | Pennsauken Sewerage Authority, 1250 John Tipton Blvd, Pennsauken, NJ 08110-2322 |
| 520329583 | | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 520329589 | | South Jersey Transportation Authority, PO Box 351, Hammonton, NJ 08037-0351 |
| 520329595 | | U.S. Attorney, District of N.J., Peter Rodino Federal Building, 970 Broad St Ste 700, Newark, NJ 07102-2534 |
| 520329597 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |
| 520329600 | + | Upst/cubi, P.o. Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 29 2024 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 29 2024 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: megan.harper@phila.gov | Jul 29 2024 20:39:00 | City Of Philadelphia, City of Philadelphia, 1401 JFK Blvd., 5th Floor, Tax & Revenue Unit, Philadelphia, PA 19102-1595 |
| 520329559 | | Email/Text: bncnotifications@pheaa.org | Jul 29 2024 20:38:00 | AES/PHEAA, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 520329560 | ^ | MEBN | Jul 29 2024 20:33:47 | Air Academy Federal Credit Union, PO Box 62910, Colorado Springs, CO 80962-2910 |
| 520329561 | | Email/Text: BarclaysBankDelaware@tsico.com | Jul 29 2024 20:38:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 520329567 | | Email/Text: megan.harper@phila.gov | Jul 29 2024 20:39:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 520329564 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

Case 24-16991-ABA   Doc 13   Filed 07/31/24   Entered 08/01/24 00:13:43   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 29, 2024 | Form ID: 132 | Total Noticed: 52 |

| | | | | |
|---|---|---|---|---|
| | | | Jul 29 2024 20:40:41 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520329566 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 29 2024 20:40:31 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 520329568 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 29 2024 20:38:00 | Comenity Capital/Dell, Attn: Bankruptcy, PO box 182125, Columbus, OH 43218-2125 |
| 520329572 | | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | Jul 29 2024 20:38:00 | Franklin Mint Federal Credit Union, Attn: Bankruptcy Attn: Bankruptcy, 5 Hillman Dr , Ste 100, Chadds Ford, PA 19317-9998 |
| 520329574 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 29 2024 20:38:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, 200 West St, New York, NY 10282-2198 |
| 520329576 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 29 2024 20:38:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520329565 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 29 2024 20:40:46 | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 520329577 | + | Email/Text: Documentfiling@lciinc.com | Jul 29 2024 20:38:00 | Lending Club, Attn: Bankruptcy 595 Market st, San Francisco, CA 94105-2802 |
| 520329580 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jul 29 2024 20:38:00 | New Jersey Turnpike Authority, P.O. Box 5042, Woodbridge, NJ 07095 |
| 520329582 | | Email/Text: fesbank@attorneygeneral.gov | Jul 29 2024 20:38:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 520329586 | ^ | MEBN | Jul 29 2024 20:34:40 | PSE&G, 80 Park Plz, Newark, NJ 07102-4194 |
| 520329584 | ^ | MEBN | Jul 29 2024 20:34:45 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 520329585 | | Email/Text: bankruptcy@philapark.org | Jul 29 2024 20:39:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 520341558 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 29 2024 20:40:47 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520329587 | + | Email/Text: EB_CollectionsRecoveryTeam@Regions.com | Jul 29 2024 20:38:00 | Regions Bank/EnerBank USA, Attn: Bankruptcy Attn: Bankruptcy, 650 S Main st , Ste 1000, Salt Lake City, UT 84101-2844 |
| 520329588 | | Email/Text: mtgbk@shellpointmtg.com | Jul 29 2024 20:38:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, 75 Beattie Pl Ste 300, Greenville, SC 29601-2138 |
| 520329590 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 29 2024 20:38:00 | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08695-0001 |
| 520329591 | ^ | MEBN | Jul 29 2024 20:32:56 | State of New Jersey, Attorney General, PO Box 112, Trenton, NJ 08625-0112 |
| 520329592 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 29 2024 20:40:46 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 520329593 | | Email/Text: bankruptcy@td.com | Jul 29 2024 20:39:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street PO Box 1377, Lewiston, ME 04243 |
| 520329594 | + | Email/Text: bankruptcy@bbandt.com | Jul 29 2024 20:38:00 | Truist Bank, Attn: Bankruptcy, 214 N Tryon St, Charlotte, NC 28202-2374 |
| 520329596 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 29 2024 20:39:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 520329598 | | Email/Text: bankruptcynotices@sba.gov | Jul 29 2024 20:38:00 | U.S. Small Business Administration, 2 Gateway Ctr Ste 1002, Newark, NJ 07102-5006 |
| 520329599 | | Email/Text: bknotice@upgrade.com | Jul 29 2024 20:38:00 | Upgrade, Inc., Attn: Bankruptcy, 2 N Central Ave Fl 10, Phoenix, AZ 85004-2322 |

Case 24-16991-ABA  Doc 13  Filed 07/31/24  Entered 08/01/24 00:13:43  Desc Imaged
Certificate of Notice  Page 4 of 4

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 29, 2024 | Form ID: 132 | Total Noticed: 52 |

| 520338928 | ^ MEBN | Jul 29 2024 20:34:15 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 520329601 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 29 2024 20:38:00 | | Verizon Communications Inc., Attn: Bankruptcy, 1095 Avenue of the Americas, New York, NY 10036-6704 |

TOTAL: 33

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2024          Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Corinne Samler Brennan | on behalf of Creditor Franklin Mint Federal Credit Union csamler@klehr.com scmcginly@klehr.com;nyackle@klehr.com |
| Michael I. Assad | on behalf of Debtor Brad Alan Harley help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| Pamela Elchert Thurmond | on behalf of Creditor City Of Philadelphia Pamela.Thurmond@phila.gov |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5