Pathward
5501 S Broadband Ln
Sioux Falls, SD 57108-2253