UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Cibik Law, P.C.
By: Michael I. Assad (#338972023)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com

Attorney for Debtor Brad Alan Harley

In Re:

Brad Alan Harley, Debtor.

Case No.: 24-16991-ABA
Chapter: 13
Adv. No.:
Hearing Date:
Judge: Altenburg

## CERTIFICATION OF SERVICE

1. I, __Michael I. Assad__ :

   ☒ represent __Debtor Brad Alan Harley__ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __August 6, 2024__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   - Order Respecting Amendment to Schedules (ECF No. 17)
   - Notice of Confirmation Hearing (ECF No. 12)
   - Chapter 13 Plan (ECF No. 11)
   - Notice of Chapter 13 Bankruptcy Case (ECF No. 4)

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __August 6, 2024__          /s/ Michael I. Assad
                                   Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Pathward<br>5501 S Broadband Ln<br>Sioux Falls, SD 57108-2253 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |