Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 24−16991−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Brad Alan Harley
119 Plymouth Pl
Merchantville, NJ 08109−2832

Social Security No.:
xxx−xx−9238

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER DISMISSING CASE**

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/13/24.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 14, 2024
JAN: as

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re: Case No. 24-16991-ABA
Brad Alan Harley Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1 User: admin Page 1 of 4
Date Rcvd: Nov 14, 2024 Form ID: 148 Total Noticed: 62

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Brad Alan Harley, 119 Plymouth Pl, Merchantville, NJ 08109-2832 |
| aty | + | Corrine Samler Brennan, 10000 Lincoln Drive East, Suite 201, Marlton, NJ 08053-3105 |
| cr | + | Franklin Mint Federal Credit Union, Klehr Harrison Harvey Branzburg LLP, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |
| 520329562 | | Borough of Merchantville, 1 W Maple Ave, Merchantville, NJ 08109-5103 |
| 520329563 | | Camden County Municipal Utilities Authority, 1645 Ferry Ave, Camden, NJ 08104-1311 |
| 520329569 | | County of Camden, Attn: County Counsel, 520 Market St Fl 14, Camden, NJ 08102-1300 |
| 520329570 | + | Delaware River Port Authority, Attn: General Counsel, 2 Riverside Dr, Camden, NJ 08103-1019 |
| 520329571 | + | Financial Resources Federal Credit Union, 520 Route 22 East, Bridgewater, NJ 08807-2489 |
| 520333781 | + | Franklin Mint Federal Credit Union, c/o Corinne S. Brennan, Esquire, Klehr Harrison Harvey Branzburg LLP, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |
| 520329573 | | Gary Gordon, 823 W Gillam Ave, Langhorne, PA 19047-2623 |
| 520329575 | | Home Appraising Group Inc., 18 Campus Blvd, Newtown Sq, PA 19073-3245 |
| 520329578 | | Matthew Frecon, 119 Plymouth Pl, Merchantville, NJ 08109-2832 |
| 520329579 | | Merchantville-Pennsauken Water Commission, 6751 Westfield Ave, Pennsauken, NJ 08110-1519 |
| 520329581 | + | Pennsauken Sewerage Authority, 1250 John Tipton Blvd, Pennsauken, NJ 08110-2322 |
| 520329583 | | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 520329589 | | South Jersey Transportation Authority, PO Box 351, Hammonton, NJ 08037-0351 |
| 520329595 | | U.S. Attorney, District of N.J., Peter Rodino Federal Building, 970 Broad St Ste 700, Newark, NJ 07102-2534 |
| 520329597 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |
| 520329600 | + | Upst/cubi, P.o. Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 14 2024 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 14 2024 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: megan.harper@phila.gov | Nov 14 2024 20:50:00 | City Of Philadelphia, City of Philadelphia, 1401 JFK Blvd., 5th Floor, Tax & Revenue Unit, Philadelphia, PA 19102-1595 |
| 520329559 | | Email/Text: bncnotifications@pheaa.org | Nov 14 2024 20:49:00 | AES/PHEAA, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 520329560 | ^ | MEBN | Nov 14 2024 20:47:20 | Air Academy Federal Credit Union, PO Box 62910, Colorado Springs, CO 80962-2910 |
| 520329561 | | EDI: TSYS2 | Nov 15 2024 01:31:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 520329567 | | Email/Text: megan.harper@phila.gov | Nov 14 2024 20:50:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA |

| | | | | |
|---|---|---|---|---|
| | | | | 19102-1617 |
| 520329564 | | EDI: CAPITALONE.COM | Nov 15 2024 01:31:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520329566 | | EDI: CITICORP | Nov 15 2024 01:31:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 520329568 | + | EDI: WFNNB.COM | Nov 15 2024 01:31:00 | Comenity Capital/Dell, Attn: Bankruptcy, PO box 182125, Columbus, OH 43218-2125 |
| 520329572 | | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | Nov 14 2024 20:48:00 | Franklin Mint Federal Credit Union, Attn: Bankruptcy Attn: Bankruptcy, 5 Hillman Dr , Ste 100, Chadds Ford, PA 19317-9998 |
| 520329574 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 14 2024 20:49:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, 200 West St, New York, NY 10282-2198 |
| 520329576 | | EDI: IRS.COM | Nov 15 2024 01:31:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520329565 | | EDI: JPMORGANCHASE | Nov 15 2024 01:31:00 | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 520373712 | + | Email/Text: RASEBN@raslg.com | Nov 14 2024 20:48:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520392240 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 14 2024 20:56:55 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520329577 | + | EDI: LENDNGCLUB | Nov 15 2024 01:31:00 | Lending Club, Attn: Bankruptcy 595 Market st, San Francisco, CA 94105-2802 |
| 520391428 | + | EDI: LENDNGCLUB | Nov 15 2024 01:31:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 520329580 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Nov 14 2024 20:48:00 | New Jersey Turnpike Authority, P.O. Box 5042, Woodbridge, NJ 07095 |
| 520399101 | | Email/Text: mtgbk@shellpointmtg.com | Nov 14 2024 20:49:00 | NewRez LLC dba Shellpoint Mortgage Servicing, PO Box 10826, Greenville SC 29603-0826 |
| 520352845 | | Email/Text: ljackson@pathward.com | Nov 14 2024 20:49:00 | Pathward, 5501 S Broadband Ln, Sioux Falls, SD 57108-2253 |
| 520329582 | | Email/Text: fesbank@attorneygeneral.gov | Nov 14 2024 20:49:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 520421426 | | EDI: PRA.COM | Nov 15 2024 01:31:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 520421427 | | EDI: PRA.COM | Nov 15 2024 01:31:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 520387081 | | EDI: PRA.COM | Nov 15 2024 01:31:00 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 520329586 | ^ | MEBN | Nov 14 2024 20:45:30 | PSE&G, 80 Park Plz, Newark, NJ 07102-4194 |
| 520329584 | ^ | MEBN | Nov 14 2024 20:46:56 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 520329585 | | Email/Text: bankruptcy@philapark.org | Nov 14 2024 20:50:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 520341558 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 14 2024 20:55:36 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520329587 | + | Email/Text: EB_CollectionsRecoveryTeam@Regions.com | | |

| | | | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | | | Nov 14 2024 20:49:00 | Regions Bank/EnerBank USA, Attn: Bankruptcy Attn: Bankruptcy, 650 S Main st , Ste 1000, Salt Lake City, UT 84101-2844 |
| 520392239 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 14 2024 20:56:09 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520329588 | | Email/Text: mtgbk@shellpointmtg.com | Nov 14 2024 20:49:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, 75 Beattie Pl Ste 300, Greenville, SC 29601-2138 |
| 520329590 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Nov 14 2024 20:48:00 | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08695-0001 |
| 520329591 | ^ | MEBN | Nov 14 2024 20:43:33 | State of New Jersey, Attorney General, PO Box 112, Trenton, NJ 08625-0112 |
| 520329592 | | EDI: SYNC | Nov 15 2024 01:31:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 520329593 | | EDI: TDBANKNORTH.COM | Nov 15 2024 01:31:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street PO Box 1377, Lewiston, ME 04243 |
| 520329594 | + | Email/Text: bankruptcy@bbandt.com | Nov 14 2024 20:49:00 | Truist Bank, Attn: Bankruptcy, 214 N Tryon St, Charlotte, NC 28202-2374 |
| 520375253 | | EDI: USBANKARS.COM | Nov 15 2024 01:31:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 520329596 | | EDI: USBANKARS.COM | Nov 15 2024 01:31:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 520329598 | | Email/Text: bankruptcynotices@sba.gov | Nov 14 2024 20:50:00 | U.S. Small Business Administration, 2 Gateway Ctr Ste 1002, Newark, NJ 07102-5006 |
| 520329599 | | Email/Text: bknotice@upgrade.com | Nov 14 2024 20:48:00 | Upgrade, Inc., Attn: Bankruptcy, 2 N Central Ave Fl 10, Phoenix, AZ 85004-2322 |
| 520338928 | ^ | MEBN | Nov 14 2024 20:45:33 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 520329601 | + | EDI: VERIZONCOMB.COM | Nov 15 2024 01:31:00 | Verizon Communications Inc., Attn: Bankruptcy, 1095 Avenue of the Americas, New York, NY 10036-6704 |

TOTAL: 43

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520421435 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 520421436 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2024 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Corinne Samler Brennan | on behalf of Creditor Franklin Mint Federal Credit Union csamler@klehr.com scmcginly@klehr.com;nyackle@klehr.com |
| Edward Jacob Gruber | on behalf of Debtor Brad Alan Harley help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| Pamela Elchert Thurmond | on behalf of Creditor City Of Philadelphia Pamela.Thurmond@phila.gov |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6